UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN STRAYHORN,

    Petitioner,

v.                                         Case No. 08-10345
                                          Hon. Lawrence P. Zatkoff

RAYMOND BOOKER,

    Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated June 18, 2010, Petitioner's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 18th day of June, 2010.

                                                  DAVID J. WEAVER
                                                CLERK OF THE COURT

                                BY:    S/Marie E. Verlinde
                                                   Marie E. Verlinde
                                                   Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE